UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>KENNETH I. SIMON a/k/a KENNETH ISIAH SIMON a/k/a KENNETH SIMON,<br>Defendant | No. 16-00814 |

## DEFAULT JUDGMENT

AND NOW, this __11th__ day of __October__, 2016, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I,. Puleo, Esquire, that the Complaint in the above-captioned action was filed in the Court on Monday, February 22, 2016 and, after due service of process on Defendant, KENNETH I. SIMON a/k/a KENNETH ISIAH SIMON a/k/a KENNETH SIMON, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, KENNETH I. SIMON a/k/a KENNETH ISIAH SIMON a/k/a KENNETH SIMON, in the amount of $14,785.31 . Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 10/11/16

Clerk, United States District Court
Eastern District of Pennsylvania

By: _____
Deputy Clerk